UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OC HOUSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BROCKTON, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-cv-12272-AK |

**ORDER**

**KELLEY, D.J.**

Plaintiff OC Houston, who is self-represented, brings this action concerning his interactions with police officers of the City of Brockton on February 10 and July 22, 2024. Houston also filed a motion for leave to proceed *in forma pauperis* [Dkt. 2] and a motion for partial summary judgment [Dkt. 3]. Upon review of these documents, the Court hereby **ORDERS**:

　　1.　　The motion for leave to proceed *in forma pauperis* [Dkt. 2] is **DENIED WITHOUT PREJUDICE** because it does not contain sufficient information regarding Houston's financial circumstances and because it is unsigned. If Houston wishes to proceed with this action, he must, within twenty-eight (28) days, either pay the $405 filing fee or submit a completed and signed Application to Proceed in District Court Without Prepaying Fees or Costs[1]. Failure to do so may result in dismissal of this action without prejudice.

---

[1] The Clerk shall provide Houston a blank Application to Proceed in District Court Without Prepaying Fees or Costs.

2

2. The motion for partial summary judgment [Dkt. 3] is **DENIED WITHOUT PREJUDICE** subject to renewal if the Court later orders that summonses issue and the Defendants are served with and respond to the Complaint.

**SO ORDERED.**

Dated: August 28, 2025 /s/ Angel Kelley
Hon. Angel Kelley
United States District Judge